ORIGINAL

# CIVIL RIGHTS COMPLAINT
## 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

_____ ,

Full name of plaintiff/prisoner ID#

Melvin Baez   Plaintiff,

-against-

Sergio Masuri
Badge # 2396
_____

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

                         Defendants.
-------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 29 2010 ★

BROOKLYN OFFICE

JURY TRIAL DEMAND
YES ✓   NO _____

COGAN, J.

10 ○

I.     Previous Lawsuits:

     A.     Have you begun other lawsuits in state or federal court
         dealing with the same facts involved in this action or
         otherwise relating to your imprisonment? Yes (  ) No (✓)

     B.     If your answer to A is yes, describe each lawsuit in the space below
         (If there is more than one lawsuit, describe the additional lawsuits
         on another piece of paper, using the same outline.)

         1. Parties to this previous lawsuit:

            Plaintiffs: _____

                      _____

            Defendants: _____

                      _____

         2. Court (if federal court, name the district;
           if state court, name the county)

         _____

         3. Docket Number: _____

RECEIVED
JUN 29 2010
PRO SE OFFICE

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II.     Place of Present Confinement: MDC, BKlyn, P.O. Box 329002, Bklyn, NY, 11232

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C. If your answer is YES,

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not I'm in a different Jurisdiction from the office's that assaulted me it's State not Fed,

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓) No ( )

F. If your answer is YES,

1. What steps did you take? Ive spoken with, doctor's and sike personal

_____

2. What was the result? It's on record, on what happen to Me on 1-9-09.

2

III.    Parties:

> (In item A below, place your name in the first blank and place your present
> address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  *Melvin Baez*

Address  *MDC, Bklyn, P.o. Box 329 002, Bklyn, NY. 11232*

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served.
Plaintiff must provide the address for each defendant named.

Defendant No. 1    *Sergio Majuri  badge #2396*
*120 Precint, from*
*Staten Island, Warrent Squad.*

Defendant No. 2    _____

_____

_____

Defendant No. 3    _____

_____

_____

Defendant No. 4    _____

_____

_____

Defendant No. 5    _____

_____

_____

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I, was placed under arrest, by three detectives from, Staten Island, Warrent Squad, on 1-9-09. Sergio Majwi, Mathew ororowell, Michael Bennett. on a false arrest. While in front of my home, and being arrested while in handcuffs, Sergio Majun, #2396 Kicked me, Melvin Baez, In my left eye several times While cuffed on the ground. Assault, happened IN front of 869 70th Street, Bklyn, NY 11228. I did not resist arrest, at no point in time. I was ordered down by Majwi, and I complied.

IV. A        If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I, lost pacial eye site, last oval shape in my eye, IN need of glasses becase of impact. Also I don't sleep at night, couse of the assult. I see a sike once in a while. I, catch flash back's time to time. I saw a eye doctor and I'm seeing a sike due to the impact and flash backs.

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

I would like to See this detective fired, and I'M Seeking money damages, for all that I lost. Due to the maliciouS attack by this detective.

I declare under penalty of perjury that on ___6/27/10___, I delivered this
(Date)

complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __27__ day of __JUNE__, 20_10_. I declare under penalty of

perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

MDC Brooklyn
Name of Prison Facility

MD.C Bklyn
p.o. Box 329002
Bklyn, NY, 11228
Address

77082-053
Prisoner ID#