> This objection is overruled, the Report and Recommendation of Judge Pohorelsky is adopted, and plaintiff's motion for entry of default judgment is denied. There are ample grounds for the granting of an extension of time to answer and it would be an abuse of discretion to grant plaintiff's motion.
> SO ORDERED: 10/18/10
>
> _____ U.S.D.J.

C/M

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y
★ OCT 14 2010 ★
BROOKLYN OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y
★ OCT 19 2010 ★
TIME A.M. / P.M.

Oct/12/2010

Honorable Viktor V. Pohorelsky
United States Magistrate Judge
Eastern District of New York
225, Cadman Plaza East
Brooklyn, NY. 11201

RE: Melvin Baez v. Sergio Majuri, 10-CV-3038(BHC, V.P.
Objecting to (V.V.P) Report and Recommendation

Your Honor:

I am the plaintiff, Melvin Baez respectfully answering Corporation Counsel of the city of New York and attorney assigned to the above-referenced matter. I write in response to defendant's notice on a attempt from attorney representing the defendant Sergio Majuri, asking this Honorable Court, for a extension of time to answer the complaint that I plaintiff filed against this detective, on excessive force, false arrest that occurred on 1-9-09 in front of plaintiff's home.

By way of Background, your Honor you was a witness to, a suppression hearing that was conducted on 9-23-09. There, was a alleged assault that the detectives alleged thru, false accusation, that later was dissmissed because I, did not conduct the improper act, as you can see the alleged finding of the closed container is a separate case to the false, arrest that took place in front of my home on 1-9-09. Mr. Shaffer alleges that this federal case, has to do with state case, that is false, both charges are separate from one another. The state charge did not become federal, on the false